PAR9.16.25
PEB: USAO 2025R00484

FILED
LOGGED
ENTERED
RECEIVED

SEP 1 7 2025

BY

AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND

DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL NO. SAG 25cr279 |
| v. | (Escape from Custody, 18 U.S.C. § 751(a)) |
| KEVIN WAYNE CROCKETT, | |
| Defendant. | |

### INDICTMENT

The Grand Jury for the District of Maryland charges that:

On or about November 22, 2024, in the District of Maryland, the defendant,

**KEVIN WAYNE CROCKETT,**

did knowingly escape and attempt to escape from the custody of the Attorney General and his

authorized representative, and from any custody under and by virtue of any process issued under

the laws of the United States by a Magistrate Judge, such custody and confinement was by virtue

of a conviction of any offense, that is, after having been convicted of conspiracy to distribute and

possess with the intent to distribute methamphetamine, in violation of 18 U.S.C. § 841, and

possession of a firearm by a convicted felon, in violation of 18 U.S.C. § 922(g), and after having

been ordered detained by a Magistrate Judge of the United States District Court for the District of

Maryland pending charges for violating the supervised release from said convictions, the defendant

escaped from a United States Marshals Service transport van.

18 U.S.C. § 751(a)

A TRUE BILL

SIGNATURE REDACTED

Date: September 17, 2025

Kelly O. Hayes
United States Attorney